**DISMISS and Opinion Filed September 30, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-01225-CV**

**IKINGMULA FINLEY, Appellant**
**V.**
**ZELALEM HUNEGNAW, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-04892-C**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Smith

Appellant's brief in this appeal is overdue. By order dated July 26, 2024 we granted appellant's request for an extension of time to file her brief and ordered it to be filed by August 26, 2024. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. See TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  See TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Craig Smith/
CRAIG SMITH
JUSTICE

231225F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IKINGMULA FINLEY, Appellant

No. 05-23-01225-CV        V.

ZELALEM HUNEGNAW, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas Trial Court Cause No. CC-23-04892-C.

Opinion delivered by Justice Smith. Justices Pedersen, III and Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered September 30, 2024